**WHITE AND WILLIAMS LLP**
David E. Edwards
PA Id. No.: 67961
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA  19103-7395
Phone: (215) 864-7166
edwardsd@whiteandwilliams.com

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM SCHROEDER DR., *etc*., | Civil Action No.:  24-CV-01860-JPW |
| Plaintiff, <br> v. <br> HUDSON INSURANCE GROUP, | |
| Defendants. | Electronically Filed |

### **DEFENDANT'S RESPONSE RE VENUE**

Defendant Hudson Insurance Group ("Hudson"), pursuant to the Court's Order of December 10, 2024 (docket #9), submits this short statement as to the appropriate venue for this action.  While the plaintiff Dr. Schroeder, assignee Michael Cohen and most of the events complained of occurred in the Western District, which would unquestionably be an appropriate venue for this action, Hudson acknowledges that plaintiff has alleged that some events related to his claims occurred in this District.  Accordingly, Hudson does not contest venue in this District.

                                             **WHITE AND WILLIAMS LLP**

                                             */s/* David E. Edwards
                                             David E. Edwards
                                             1650 Market Street
                                             One Liberty Place, Suite 1800
                                             Philadelphia, PA  19103
                                             (215) 864-7166

Dated:  December 18, 2024

34138951v.2

**WHITE AND WILLIAMS LLP**
David E. Edwards
PA Id. No.: 67961
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA  19103-7395
Phone: (215) 864-7166
edwardsd@whiteandwilliams.com

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM SCHROEDER DR., *etc*., | Civil Action No.:  24-CV-01860-CCC |
| Plaintiff, | |
| v. | |
| HUDSON INSURANCE GROUP, | |
| Defendants. | Electronically Filed |

### CERTIFICATE OF SERVICE

I, David E. Edwards, hereby certify that a true and correct copy of the foregoing Defendant's Response re Venue was served on all counsel of record via the ECF filing system.

                                                           */s/* David E. Edwards
                                                           David E. Edwards

Date:  December 18, 2024